UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) | CIVIL ACTION |
| ) | NO. 96-10804-DPW |
| Plaintiff, ) | NO. 1:04-CV-10655-DPW |
| ) | (Boarhead Farm) |
| ) | NO. 1:04-CV-10968-DPW |
| v. ) | (Uniontown Landfill) |
| ) | |
| THE BLACK & DECKER CORPORATION, ) | |
| BLACK & DECKER, INC., BLACK & DECKER ) | |
| (U.S.) INC., EMHART CORPORATION, and ) | |
| EMHART INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Memorandum in Support of its Motion for Summary Judgment Regarding The Boarhead Farm and Uniontown Landfill Sites;

- Appendix to Black & Decker's Memorandum in Support of its Motion for Summary Judgment Regarding The Boarhead Farm and Uniontown Landfill Sites; and

- Black & Decker's Statement of Material Facts as to Which There is No Genuine Dispute Regarding The Boarhead Farm and Uniontown Landfill Sites.

The original documents are maintained in the case file in the Clerk's Office.

Dated: November 10, 2004          /s/ Jack R. Pirozzolo
                                  Jack R. Pirozzolo, BBO# 400400
                                  Richard L. Binder, BBO# 043240
                                  James J. Nicklaus, BBO# 564806
                                  Willcox, Pirozzolo & McCarthy
                                  Professional Corporation
                                  50 Federal Street
                                  Boston, Massachusetts  02110
                                  (617) 482-5470