UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10655-DPW<br>  (Boarhead Farm)<br>NO. 1:04-CV-10968-DPW<br>  (Uniontown Landfill) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
BLACK & DECKER'S OPPOSITION TO LIBERTY MUTUAL'S
SUMMARY JUDGMENT MOTIONS REGARDING THE
<u>BOARHEAD FARM AND UNIONTOWN LANDFILL SITES</u>**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file <u>under</u> <u>seal</u> Black & Decker's Memorandum In Opposition To Liberty Mutual Insurance Company's Motions For Summary Judgment Regarding The Boarhead Farm And Uniontown Landfill Sites. This opposition responds to Liberty Mutual filings which themselves were filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of this memorandum, filed in connection with its opposition to Liberty Mutual's summary judgment motion.

2

    Black & Decker also requests that the Court maintain this document under seal until this action is closed and, thereafter, that this document be returned to counsel.

    By their attorneys,

| | |
|---|---|
| Dated:  December 9, 2004 | /s/ Jack R. Pirozzolo<br>Jack R. Pirozzolo, BBO# 400400<br>Richard L. Binder, BBO# 043240<br>James J. Nicklaus, BBO# 564806<br>Willcox, Pirozzolo & McCarthy<br>Professional Corporation<br>50 Federal Street<br>Boston, Massachusetts  02110<br>(617) 482-5470 |