UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE BLACK & DECKER CORPORATION,  )<br>BLACK & DECKER, INC., BLACK & DECKER  )<br>(U.S.) INC., EMHART CORPORATION, and  )<br>EMHART INDUSTRIES, INC.,  )<br>  )<br>Defendants.  )<br>  ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10655-DPW<br>   (Boarhead Farm)<br>NO. 1:04-CV-10968-DPW<br>   (Uniontown Landfill) |

**NOTICE OF FILING WITH CLERK'S OFFICE REGARDING
THE BOARHEAD FARM AND UNIONTOWN LANDFILL SITES**

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Black & Decker's Memorandum in Opposition to Liberty Mutual Insurance Company's Motions for Summary Judgment Regarding The Boarhead Farm and Uniontown Landfill Sites

The original document is maintained in the case file in the Clerk's Office.

Dated: December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470