UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10655-DPW<br>    (Boarhead Farm)<br>NO. 1:04-CV-10968-DPW<br>    (Uniontown Landfill) |

**NOTICE OF FILING WITH CLERK'S OFFICE REGARDING
THE BOARHEAD FARM AND UNIONTOWN LANDFILL SITES**

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Reply Memorandum in Support of Black & Decker's Motion For Summary Judgment Regarding The Boarhead Farm And Uniontown Landfill Sites.

The original document is maintained in the case file in the Clerk's Office.


Dated: December 20, 2004         /s/ Jack R. Pirozzolo
                                 Jack R. Pirozzolo, BBO# 400400
                                 Richard L. Binder, BBO# 043240
                                 Willcox, Pirozzolo & McCarthy
                                 Professional Corporation
                                 50 Federal Street
                                 Boston, Massachusetts  02110
                                 (617) 482-5470